IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLENDA BOCKSNICK**                                                                         **PLAINTIFF**

**VS.**                          **CASE NO. 5:07CV00082 JMM**

**JEFFERSON COUNTY, ARKANSAS, AND**
**JERRERSON COUNTY CIRCUIT CLERK'S OFFICE**                          **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this   11   day of July, 2008.

_____
James M. Moody
United States District Judge